UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| White Eagle Cooperative Association, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:05-CV-0620-AS |
| ) | |
| Mike Johanns, Secretary of Agriculture, ) | |
| United States Department of Agriculture, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM, ORDER AND OPINION

The Motion to Dismiss, or, in the alternative, for Summary Judgment filed by the Secretary of Agriculture (Docket No. 64) is **DENIED** as moot in light of the Amended Complaint (Docket No. 91) filed by the Plaintiffs on May 16, 2006.

**SO ORDERED**.

Date: September 28, 2006

S/ ALLEN SHARP
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**